UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KINGVISION PAY-PER VIEW, LTD.,

                Plaintiff,

-against-

CHARMAINE GUMBS, Individually and
d/b/a Sugarcane; J.R. GIDDINGS,
Individually and d/b/a JRG Restaurant
Bar & Fashion,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
05-CV- 5960 (SLT)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ FEB 1 4 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on February 6, 2007, granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment in favor of plaintiff in the total amount of $14,050.00, plus costs; ordering that defendants, Charmaine Gumbs and Sugarcane are jointly and severally liable to plaintiff for $3,500.00 in statutory damages pursuant to § 605(e)(3)(C)(i)(II); $10,000.00 in enhanced damages pursuant to § 605(e)(3)(C)(ii); and $550.00 in attorneys' fees, plus costs; it is

ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted; that judgment is hereby entered in favor of plaintiff, Kingvision Pay-Per-View, Ltd., and against defendants, Charmaine Gumbs and Sugarcane, awarding plaintiff $3,500.00 in statutory damages, $10,000.00 in enhanced damages and $550.00 in attorneys' fees, plus costs, for a total judgment of $14,050.00 plus costs; and that defendants, Charmaine Gumbs and Sugarcane are jointly and severally liable to plaintiff.

Dated: Brooklyn, New York
       February 13, 2007

                                             ROBERT C. HEINEMANN
                                             Clerk of Court